Renee C. Ohlendorf, Esq. SBN 263939
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd., Suite 800
Los Angeles, CA 90025
Telephone: 310-909-8000
Facsimile: 310-909-8001

Attorneys for Defendant
Merchants Credit Guide Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ansel Glendenning,<br><br>Plaintiff,<br><br>vs.<br><br>Merchants' Credit Guide Company,<br><br>Defendant. | Case No. 2:10-CV-01465-GEB-KJN<br><br>STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT MERCHANTS' CREDIT GUIDE COMPANY TO FILE RESPONSIVE PLEADING TO COMPLAINT |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff ANSEL GLENDENNING ("Plaintiff") and Defendant MERCHANTS' CREDIT GUIDE COMPANY ("Defendant"), by and through their respective attorneys of record, and pursuant to F.R.C.P. 6(b) and Local Rule 6-144(a), do hereby agree and stipulate as follows:

**WHEREAS,** Plaintiff filed the Complaint in the above-captioned lawsuit on June 14, 2010;

**WHEREAS,** Plaintiff served the Summons and Complaint on Defendant on June 22, 2010;

1

STIPULATION TO EXTEND TIME

1    **WHEREAS**, Defendant is to answer or otherwise plead on or before July 2 13, 2010;

3    **IT IS STIPULATED** that Defendant MERCHANTS' CREDIT GUIDE 4 COMPANY is hereby granted an enlargement of time of fourteen days (14) days 5 within which to answer or otherwise respond to Plaintiff's Complaint, or up to and 6 including July 27, 2010.

DATED: July 12, 2010      HINSHAW & CULBERTSON LLP

     By:   *s/Renee Choy Ohlendorf, Esq.*
            Renee C. Ohlendorf
            Attorney for Defendant
            Merchants Credit Guide Company

DATED: July 12, 2010      LAW OFFICES OF PAUL E. SMITH

     By: _____
            Paul E. Smith
            Attorney For Plaintiff
            Ansel Glendenning