Renee C. Ohlendorf, Esq. SBN 263939
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant
Merchants Credit Guide Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ansel Glendenning,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Merchants Credit Guide Company,<br><br>　　　　　Defendant. | Case No.  2:10-CV-01465-GEB-KJN<br><br>**MERCHANTS CREDIT GUIDE COMPANY'S DISCLOSURE PURSUANT TO RULE 7.1** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Defendant MERCHANTS CREDIT GUIDE COMPANY (hereinafter "MCGC" or "Defendant"), by and through its attorneys, Hinshaw & Culbertson LLP, respectfully submits its corporate disclosure statement, pursuant to Federal Rule of Civil Procedure Rule 7.1, and states as follows:

///
///
///
///
///
///

1. MCGC has no parent corporation and no publicly held company owns 10% or more of MCGC's stock.

DATED: July 27, 2010                    HINSHAW & CULBERTSON LLP

                                        By:    *s/Renee Choy Ohlendorf, Esq.*
                                               Renee C. Ohlendorf
                                               Attorney for Defendant
                                               Merchants Credit Guide Company