IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ansel Glendenning,<br><br>              Plaintiff,<br><br>       v.<br><br>Merchants Credit Guide Company,<br><br>              Defendant.<br>_____ | 2:10-cv-01465-GEB-KJN<br><br>ORDER RE: SETTLEMENT AND<br>DISPOSITION |

       Plaintiff filed a Notice of Settlement on August 6, 2010, in which Plaintiff states "this action has settled in full as to all parties and all causes of action." (Doc. No. 8.) Therefore, a dispositional document shall be filed no later than August 27, 2010. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

       Further, the hearing on Defendant's Motion to Dismiss and Motion to Strike scheduled for August 30, 2010, is vacated as moot.

       IT IS SO ORDERED.

Dated:  August 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1