Renee C. Ohlendorf, Esq. SBN 263939
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:   310-909-8000
Facsimile:    310-909-8001

Attorneys for Defendant
Merchants Credit Guide Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ansel Glendenning,<br><br>          Plaintiff,<br><br>     vs.<br><br>Merchants Credit Guide Company,<br><br>          Defendant. | Case No.  2:10-CV-01465-GEB-KJN<br><br>**STIPULATION FOR DISMISSAL <u>WITH</u> PREJUDICE** |

The parties, through undersigned counsel, stipulate to the dismissal of this matter, on the merits, with prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED:**

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated:   October 11, 2010 | HINSHAW & CULBERTSON LLP |
| 2 | | By:  *s/Renee C. Ohlendorf* |
| 3 | |      Renee C. Ohlendorf |
| | |      Attorneys for Defendant |
| 4 | |      MERCHANTS CREDIT GUIDE |
| 5 | |      COMPANY |
| 6 | Dated:   October 11, 2010 | Law Offices of Paul E. Smith |
| 7 | | |
| 8 | | By:  *s/Paul E. Smith* |
| | |      Paul E. Smith |
| 9 | |      Attorney for Plaintiff |
| 10 | |      ANSEL GLENDENNING |

**IT IS SO ORDERED:**

Dated: _____

                        Hon. Garland E. Burrell, Jr.

---

2

STIPULATION FOR DISMISSAL WITH PREJUDICE

31178900v1 0913919 47170